RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-396-KJD-PAL |
| Plaintiff, | **UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** |
| vs. | |
| GERARDO ORETEGA, | |
| Defendant. | |

COMES NOW, appointed counsel, Raquel Lazo, Assistant Federal Public Defender, hereby moves this Court request a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation department.

1.  The defendant is facing a 10 year mandatory minimum in this case. It appears that he is facing time in excess of the minium.

2.  There is currently a proposed plea offer in this case. However, it is unclear as to what defendant's criminal history category score is. The parties disagree as to this sole issue. A pre-plea presentence report will help promote continued negotiations. It will further promote judicial economy and aid in the manner in which this case is ultimately resolved.

3.  Undersigned counsel therefore respectfully requests an order that the Department of Probation conduct a pre-plea presentence investigation report as soon as possible.

1

4. Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Cristina Silva regarding this request and he has no opposition

DATED this 10th day of August, 2012.

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*

_____
RAQUEL LAZO
Assistant Federal Public Defender

RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Aquino

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-396-KJD-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| GERARDO ORTEGA, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Gerardo Ortega.

DATED this the 10th day of August, 2012.

_____
DISTRICT COURT JUDGE

3

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 10, 2012, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** by electronic service (ECF) to the person named below:

> DANIEL BOGDEN
> United States Attorney
> 333 Las Vegas Blvd. So., 5th Floor
> Las Vegas, Nevada 89101
>
> CRISTINA SILVA
> Assistant United States Attorney
> 333 Las Vegas Blvd. So. 5th Floor
> Las Vegas, NV 89101

*/s/ Karen Brokaw*
_____
Employee of the Federal Public Defender

4