**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00396-APG-PAL |
| Plaintiff | **Order Denying Motion for Early Termination of Supervised Release** |
| v. | [ECF No. 318] |
| GERARDO ORTEGA, | |
| Defendants | |

Gerardo Ortega submitted a letter, which I am treating as a motion, for early termination of supervised release. ECF No. 318.  Subsequently, Mr. Ortega was arrested for allegedly violating conditions of his supervision. ECF Nos. 321, 324.  The parties have negotiated a resolution of those allegations that recommends terminating Mr. Ortega's supervision after he serves a short time in prison.  I will consider that request at the hearing that is scheduled for February 20, 2025.

I THEREFORE ORDER that Mr. Ortega's motion **(ECF No. 318 is denied without prejudice.**

DATED this 13th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE